No. 11–7047. LEE v. TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 11–7048. KEITH v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7050. AVERY v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 11–7051. PATEL v. MARTUSCELLO, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–7055. FLORES v. EL PASO POLICE DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–7059. STEVENSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–7061. SMITH v. RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7063. RUTH v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 11–7064. DARBY v. GEIGER ET AL. C. A. 3d Cir. Certiorari denied. 

No. 11–7066. CUNNINGHAM v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7067. REAVES v. EXECUTIVE NEW YORK STATE OFFICE OF FAMILY AND CHILDREN SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–7070. WILLIAMS v. PADULA, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 11–7071. VAUGHN v. JAMES ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–7072. PUGH v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.